UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  

Not for Electronic or Print Publication

------------------------------------------------------------x  
PEDRO PEREZ,

              Plaintiff,

   -against-

TELLS DE JUAN and JOHNSON JAMEL,

             Defendants.  
------------------------------------------------------------x

MEMORANDUM AND ORDER

09-CV-1232 (ENV)

VITALIANO, United States District Judge:

Plaintiff Pedro Perez, who was then in custody at Rikers Island, filed this *pro se* civil rights action on March 19, 2009. By Order dated June 29, 2009, the Court granted plaintiff's request to proceed *in forma pauperis* and dismissed the complaint with leave to file an amended complaint within 30 days. The Court's Order, sent to the Rikers Island address Plaintiff provided when he filed the suit, was returned unopened on July 29, 2009, with the notation "Return to sender; Undeliverable as addressed; unable to forward."

The original complaint contains an alternate address for Plaintiff: 372 Central Avenue, Brooklyn, NY 11221. The Court directs the Clerk of Court to send copies of this Order and the Order of June 29, 2009 to plaintiff at that address.

Plaintiff shall submit an amended complaint as detailed in the Court's June 29, 2009 Order by September 2, 2009. Plaintiff must also submit a written request to update the Court with his current address.

      SO ORDERED.

                                                ERIC N. VITALIANO  
                                                United States District Judge

Dated: Brooklyn, New York  
       August 3, 2009

